**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:  Scott N. Roberts, | BK No. 26-10413 |
| Debtor | Chapter 13 |

**ORDER TO SHOW CAUSE WHY CONFIRMATION OF**
**DEBTOR'S PLAN SHOULD NOT BE DENIED**
**(this relates to Doc. ##17, 18)**

On June 4, 2026, the Court entered an order (Doc. #18, the "Order") requiring the Debtor to serve his Chapter 13 Plan (Doc. #17) on PNC Bank in the manner prescribed by R.I. LBR 9013-3(b)(1)(A)-(B) by June 11, 2026, and to file a certificate of service reflecting compliance with the Order by the same date. The Debtor has failed to comply with that Order. Accordingly, the Debtor is hereby ***ORDERED TO SHOW CAUSE IN WRITING*** by June 25, 2026, why confirmation of the plan should not be denied for failure to comply with the Court's Order.  Failure to comply with the terms of this order by the date set forth above may result in the automatic denial of confirmation of the plan without further hearing.

Dated: June 15, 2026

By the Court,

_____
John A. Dorsey, Jr.
U.S. Bankruptcy Judge